# Court of Appeals
# of the State of Georgia

ATLANTA, April 02, 2019

*The Court of Appeals hereby passes the following order:*

## A18A1929. JAMES P. GARY, JR. v. HOLLY A. MORMAN.

Holly A. Morman filed a petition seeking, among other things, the modification of custody of her minor children with James P. Gary, Jr. The trial court entered an order modifying custody and finding Gary in contempt but awarding no attorney fees to the parties. The trial court subsequently entered an amended order modifying the parties' parenting plan and awarding attorney fees to Morman in the amount of $2,600. Gary filed a direct appeal. We, however, lack jurisdiction.

Generally appeals from orders in domestic relations cases must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from all judgments or orders in "child custody cases," the issue raised on appeal governs whether an order may be appealed directly, and here the issue is not custody but attorney fees. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (appeal in a domestic relations case in which custody is not an issue must be brought by discretionary application). Gary's failure to follow the discretionary

appeal procedure deprives us of jurisdiction over this case, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/02/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*